

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2023

No. 04-22-00450-CV

**REYNOLDS ENERGY TRANSPORT, LLC** and Reynolds Transportation, Inc.,
Appellants

v.

**PLAINS MARKETING, L.P.**, Plains All American Pipeline, L.P., Plains Pipeline, L.P.,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-11568
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellees' brief was originally due January 3, 2023. Appellees' first motion for extension of time was granted, extending the deadline for filing the brief to February 2, 2023. On January 20, 2023, appellees filed a motion requesting an additional extension of time to file the brief until March 6, 2023. We **GRANT** the motion and **ORDER** appellees to file their brief **by March 6, 2023**. Further requests for extension of time will be disfavored.

It is so **ORDERED** January 20, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court